### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

North Suburban Chiropractic Clinic

       v.

Rx Security, Inc.

Case No: 13C6897

Judge: John F. Grady

## **ORDER**

Motion hearing held. The plaintiff's unopposed motion for preliminary approval of class action settlement [22] is granted. The plaintiff's unopposed motion to change the case caption [23] is granted. The case caption is hereby changed to read, "In re Prescription Pads TCPA Litigation." The parties shall submit to the court their proposed order for preliminary approval of class action settlement. Elizabeth B. Sandza's motion for leave to appear pro hac vice on behalf of RX Security, Inc. [26] is granted. A hearing for final approval is set for December 17, 2014 at 11:00 a.m.

Date: July 16, 2014

/s/ John F. Grady
United States District Court Judge

:025